1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSE SOLORIO
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. 2:06-cr-0117-MCE
                                    )
14              Plaintiff,          )
                                    )  **STIPULATION AND ORDER**
15      v.                          )  **CONTINUING STATUS CONFERENCE**
                                    )
16 JOSE SOLORIO and                 )
   SALVADOR ALVAREZ CHAVEZ,         )  Date:  July 18, 2006
17                                  )  Time:  8:30 a.m.
                Defendants.         )  Judge: Hon. Morrison C. England
18                                  )
   _____    )
19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

21 America, and defendants, Jose Solorio and Salvador Alvarez Chavez, through their

22 respective attorneys, that the status conference scheduled for July 18 may be

23 continued to September 12, 2006, at 8:30 a.m.

24      A number of factual and legal issues remain to be informally discussed and

25 potentially resolved between the government and both defendants before the case

26 is further scheduled or before a negotiated settlement is reached, including lab

27 analysis of substances said to have been seized from the defendants.  All

28 counsel therefore seek additional necessary preparation time.  The parties

1 further agree that time under the Speedy Trial Act should be excluded from the
2 date of this order through the status conference on September 12, 2006, pursuant
3 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  July 14, 2006                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOSE SOLORIO


Dated:  July 14, 2006                   /s/ T. Zindel for D. Santos
                                        DINA SANTOS, Esq.
                                        Attorney for SALVADOR CHAVEZ

                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  July 14, 2006                   /s/ T. Zindel for P. Talbert
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
```

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**O R D E R**

The status conference is continued to September 12, 2006, at 8:30 a.m. and time under the Speedy Trial Act is excluded through that date. The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 12, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE