```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JOSE SOLORIO
 7

 8
```

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:06-cr-0117 MCE
                                     )
14                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
15       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )
16  JOSE SOLORIO and                 )
    SALVADOR ALVAREZ CHAVEZ,         )  Date:  September 12, 2006
17                                   )  Time:  8:30 a.m.
                    Defendants.      )  Judge: Hon. Morrison C. England
18                                   )
    _____  )
19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

21  America, and defendants, Jose Solorio and Salvador Alvarez Chavez, through their

22  respective attorneys, that the status conference scheduled for September 12 may

23  be continued to October 10, 2006, at 8:30 a.m.

24       A number of factual and legal issues remain to be informally discussed and

25  potentially resolved between the government and both defendants before the case

26  is further scheduled or before a negotiated settlement is reached, including lab

27  analysis of substances said to have been seized from the defendants.  All

28  counsel therefore seek additional necessary preparation time.  The parties

1  further agree that time under the Speedy Trial Act should be excluded from the
2  date of this order through the status conference on October 10, 2006, pursuant
3  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  September 8, 2006          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOSE SOLORIO

Dated:  September 8, 2006          /s/ T. Zindel for D. Santos
                                        DINA SANTOS, Esq.
                                        Attorney for SALVADOR CHAVEZ

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  September 8, 2006          /s/ T. Zindel for P. Talbert
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney

///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

The status conference is continued to October 10, 2006, at 8:30 a.m. and time under the Speedy Trial Act is excluded through that date.  The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 10, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE