1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSE SOLORIO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:06-cr-0117-MCE
                                )
14              Plaintiff,      )
                                ) **STIPULATION AND ORDER**
15     v.                       ) **CONTINUING STATUS CONFERENCE**
                                )
16 JOSE SOLORIO and             )
   SALVADOR ALVAREZ CHAVEZ,     ) Date:  October 10, 2006
17                              ) Time:  8:30 a.m.
                Defendants.     ) Judge: Hon. Morrison C. England
18                              )
   _____)
19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendants, Jose Solorio and Salvador Alvarez Chavez,

22 through their respective attorneys, that the status conference scheduled

23 for October 10 may be continued to October 31, 2006, at 8:30 a.m.

24      A number of factual and legal issues remain to be informally

25 discussed and potentially resolved between the government and both

26 defendants before the case is further scheduled or before a negotiated

27 settlement is reached, including lab analysis of substances said to have

28 been seized from the defendants.  All counsel therefore seek additional

necessary preparation time.  The parties further agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on October 31, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  October 5, 2006             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOSE SOLORIO

Dated:  October 5, 2006             /s/ T. Zindel for D. Santos
                                    DINA SANTOS, Esq.
                                    Attorney for SALVADOR CHAVEZ

                                    McGREGOR SCOTT
                                    United States Attorney

Dated:  October 5, 2006             /s/ T. Zindel for P. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 31, 2006, at 8:30 a.m. and time under the Speedy Trial Act is excluded through that date.  The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///
///

-2-

1 | Time is therefore excluded from the date of this order through October
2 | 31, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
3 |     IT IS SO ORDERED.
4 | Dated: October 12, 2006

```
                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE
```