```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
SALVADOR CHAVEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0117-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND ORDER |
| v. | ) | VACATING DATE, CONTINUING CASE, |
| | ) | AND EXCLUDING TIME |
| SALVADOR CHAVEZ, | ) | |
| Defendant. | ) | |
| | ) | Date:  NOVEMBER 21, 2006 |
| _____ | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. ENGLAND |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SALVADOR CHAVEZ, and attorney Timothy Zindel, counsel for JOSE SOLORIO, that the status conference scheduled for October 31, 2006, be vacated and the matter be continued to this Court's criminal calendar on November 21, 2006, at 8:30 a.m, for status.

This continuance is requested by the defense in order to permit further client consultation, consultation with the government concerning a number of factual and legal issues and the possibility of reaching a negotiated settlement. All counsel therefore seek additional necessary preparation time.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the November 21, 2006 date, and that Mr. Talbert has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: October 26, 2006        /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               SALVADOR CHAVEZ

Dated: October 26, 2006        /S/ Timothy Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               JOSE SOLORIO

Dated: October 26, 2006        /S/ Phillip Talbert
                               Phillip Talbert
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: October 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2