DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JOSE SOLORIO and<br>SALVADOR ALVAREZ CHAVEZ,<br><br>           Defendants. | No. 2:06-cr-0117-MCE<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date:  November 21, 2006<br>Time:  8:30 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jose Solorio and Salvador Alvarez Chavez, through their respective attorneys, that the status conference scheduled for November 21 may be continued to December 19, 2006, at 8:30 a.m.

A number of issues remain to be discussed and resolved between the government and both defendants before a negotiated settlement is reached, although it now seems likely that the case will resolve without trial. All counsel therefore seek additional necessary preparation time. The parties further agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on

1  December 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                       Respectfully submitted,
                                        DANIEL J. BRODERICK
4                                       Federal Defender

5  Dated: November 17, 2006             /s/ T. Zindel
                                        TIMOTHY ZINDEL
6                                       Assistant Federal Defender
                                        Attorney for JOSE SOLORIO
7

8  Dated: November 17, 2006             /s/ T. Zindel for D. Santos
                                        DINA SANTOS, Esq.
9                                       Attorney for SALVADOR CHAVEZ

10                                      McGREGOR SCOTT
                                        United States Attorney
11

12 Dated: November 17, 2006             /s/ T. Zindel for P. Talbert
                                        PHILLIP A. TALBERT
13                                      Assistant U.S. Attorney

14
                                  **O R D E R**
15

16     The status conference is continued to December 19, 2006, at 8:30
a.m. and time under the Speedy Trial Act is excluded through that date.
17
The court finds that a continuance is necessary to give counsel time to
18
complete the tasks noted above and that the ends of justice served by
19
granting a continuance outweigh the best interests of the public and the
20
defendant in a speedy trial.  Time is therefore excluded from the date of
21
this order through December 19, 2006, pursuant to 18 U.S.C. §
22
3161(h)(8)(A) and (B)(iv).
23
     IT IS SO ORDERED.
24
Dated: November 22, 2006
25

26

27                                      _____
                                        MORRISON C. ENGLAND, JR
28                                      UNITED STATES DISTRICT JUDGE

-2-