1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    JOSE SOLORIO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:06-cr-0117-MCE
                                   )
13                  Plaintiff,     )
                                   )  **STIPULATION AND ORDER**
14       v.                        )  **CONTINUING STATUS CONFERENCE**
                                   )
15  JOSE SOLORIO and               )
    SALVADOR ALVAREZ CHAVEZ,       )  Date:  December 19, 2006
16                                 )  Time:  8:30 a.m.
                    Defendants.    )  Judge: Hon. Morrison C. England
17  _____ )
                                   )
18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendants, Jose Solorio and Salvador Alvarez Chavez,

21  through their respective attorneys, that the status conference scheduled

22  for December 19 may be continued to January 16, 2007, at 8:30 a.m.

23       Counsel for the government has promised to forward a written

24  settlement proposal to counsel for both defendants within the next few

25  days.  Defense counsel therefore seek additional preparation time to

26  review the proposal with their clients and determine what action to take.

27  The parties further agree that time under the Speedy Trial Act should be

28  excluded from the date of this order through the status conference on

1   January 16, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local

2   Code T4).

3                                    Respectfully submitted,
                                     DANIEL J. BRODERICK
4                                    Federal Defender

5   Dated: December 14, 2006         /s/ T. Zindel
                                     ────────────────────────────
6                                    TIMOTHY ZINDEL
                                     Assistant Federal Defender
7                                    Attorney for JOSE SOLORIO

8   Dated: December 14, 2006         /s/ T. Zindel for D. Santos
                                     ────────────────────────────
9                                    DINA SANTOS, Esq.
                                     Attorney for SALVADOR CHAVEZ

10                                   McGREGOR SCOTT
                                     United States Attorney
11

12  Dated: December 14, 2006         /s/ T. Zindel for P. Talbert
                                     ────────────────────────────
13                                   PHILLIP A. TALBERT
                                     Assistant U.S. Attorney

14                          **O R D E R**

15      The status conference is continued to January 16, 2007, at 8:30 a.m.

16  and time under the Speedy Trial Act is excluded through that date.  The

17  court finds that a continuance is necessary to give counsel time to

18  complete the tasks noted above and that the ends of justice served by

19  granting a continuance outweigh the best interests of the public and the

20  defendant in a speedy trial.  Time is therefore excluded from the date of

21  this order through that date pursuant to 18 U.S.C. § 3161(h)(8)(A) and

22  (B)(iv).

23      IT IS SO ORDERED.

24  Dated: December 19, 2006

25

26

27                          ────────────────────────────
                            MORRISON C. ENGLAND, JR.
28                          UNITED STATES DISTRICT JUDGE

                                   -2-