```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JOSE SOLORIO
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0117-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| JOSE SOLORIO and | ) | |
| SALVADOR ALVAREZ CHAVEZ, | ) | Date:  January 16, 2007 |
| | ) | Time:  8:30 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jose Solorio and Salvador Alvarez Chavez, through their respective attorneys, that the status conference scheduled for January 16, 2007, may be continued to February 13, 2007, at 8:30 a.m.

Counsel for the government has forwarded written, proposed plea agreements to counsel for both defendants. Each defendant seeks additional time to consult with counsel and with family before deciding how best to proceed. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status

1  conference on February 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv)(Local Code T4), to afford defendants adequate time to
3  prepare.

4                                          Respectfully submitted,
                                            DANIEL J. BRODERICK
5                                           Federal Defender

6  Dated: January 11, 2007                  /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for JOSE SOLORIO
8

9  Dated: January 11, 2007                  /s/ T. Zindel for D. Santos
                                            DINA SANTOS, Esq.
10                                          Attorney for SALVADOR CHAVEZ

11                                          McGREGOR SCOTT
                                            United States Attorney
12

13 Dated: January 11, 2007                  /s/ T. Zindel for P. Talbert
                                            PHILLIP A. TALBERT
14                                          Assistant U.S. Attorney

15

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**O R D E R**

The status conference is continued to February 13, 2007, at 8:30 a.m. and time under the Speedy Trial Act is excluded through that date. The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through that date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January 16, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-